BEFORE THE SECOND DIVISION, NOVEMBER 26, 1968

**No. P68/499.**—S. S. Kresge Co. *v.* United States, protest 58/18552 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiff was sustained.